IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MARY RILEY | § |
| | § NO. 2:21-CV-00382 |
| v. | § JURY DEMANDED |
| | § |
| TEXAS ROADHOUSE, INC. et al. | § |

### AGREED MOTION TO TRANSFER CASE TO LUFKIN DIVISION

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Comes now Plaintiff Mary Riley, Defendant Texas Roadhouse, Inc. and Defendant Buffalo Construction, Inc. and file this Agreed Motion to Transfer this Case to the Eastern District of Texas, Lufkin Division and show as follows:

**I.**

Defendants Texas Roadhouse, Inc. and Buffalo Construction, Inc. have filed Motions in their respective answers to transfer this case to the Eastern District of Texas, Lufkin Division. Plaintiff Mary Riley agrees to this transfer. Accordingly, all parties request this Court to enter the attached Agreed Order Transferring this Case to the Eastern District of Texas, Lufkin Division.

WHEREFORE, the parties hereto respectfully request that this Court grant the parties' Agreed Motion to Transfer this case to the Eastern District of Texas, Lufkin Division, that this case be transferred to the Eastern District of Texas, Lufkin Division and for such other and further relief to which the parties are justly entitled.

Respectfully submitted,

HEXT TRIAL LAWYERS


*/s/Christy Hext*
Christy A. Hext
State Bar No. 09562550
2018 Bissonnet
Houston, Texas 77005
Telephone:  (713) 229-9696
Facsimile:  (713) 229-9700
chext@hexmunn.com

ATTORNEYS FOR DEFENDANT
TEXAS ROADHOUSE, INC.


| APPROVED: | HERMES LAW, P.C. |
|---|---|
| CLARK │ VON PLONSKI │ ANDERSON | */s/ Morgan Wood* |
| /s/ *Collen A. Clark* | Gina Viccinelli |
| Collen A. Clark | Texas Bar No. 24013685 |
| State Bar No. 04309100 | Morgan Wood |
| Jon Anderson | Texas Bar No. 24106598 |
| State Bar No. 01196100 | 1919 McKinney Avenue, Suite 100 |
| 3500 Maple Avenue, Suite 1250 | Dallas, Texas 75201 |
| Dallas, Texas 75219 | Telephone: (214) 749-6511 |
| Telephone: 214-780-0500 | Fax: (214) 749-6801 |
| Facsimile: 214-780-0501 | morgan@hermes-law.com |
| cclark@cvpalaw.com | gina@hermes-law.com |
| ATTORNEYS FOR PLAINTIFF
MARY RILEY | ATTORNEYS FOR DEFENDANT
BUFFALO CONSTRUCTION, INC. |

2

## **CERTIFICATE OF CONFERENCE**

I hereby certify that all parties are in agreement with this Motion and the relief sought as indicated by their signatures hereto.

>*/s/Christy Hext*
>Christy A. Hext

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been sent in compliance with the Federal Rules of Civil Procedure to all counsel of record on this 27th day of January, 2022.

>*/s/Christy Hext*
>Christy A. Hext