IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MARY RILEY | § |
| | § NO.  2:21-CV-00382 |
| v. | § JURY DEMANDED |
| | § |
| TEXAS ROADHOUSE, INC. et al. | § |

### AMENDED AGREED ORDER TRANSFERRING CASE
### TO LUFKIN DIVISION

Came on all parties to this litigation and announced to the Court that they have reached an agreement to Transfer this case and all related proceedings to the Lufkin Division of the Eastern District of Texas. Both Defendants in this action have contended that venue is not proper in the Marshall Division and have requested transfer to the Lufkin Division, where venue is proper. Plaintiff is in agreement. Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that this case and all legal proceedings related thereto are hereby assigned to the Lufkin Division of the Eastern District of Texas where it will be assigned to a Court with a new Cause No.

APPROVED:

CLARK │ VON PLONSKI │ ANDERSON

/s/ *Collen A. Clark*
Collen A. Clark
State Bar No. 04309100
Jon Anderson
State Bar No. 01196100
3500 Maple Avenue, Suite 1250
Dallas, Texas 75219
Telephone: 214-780-0500
Facsimile: 214-780-0501
cclark@cvpalaw.com

ATTORNEYS FOR PLAINTIFF
MARY RILEY

HEXT TRIAL LAWYERS

*/s/Christy Hext*
Christy A. Hext
State Bar No. 09562550

2018 Bissonnet
Houston, Texas 77005
Telephone:  (713) 229-9696
Facsimile:  (713) 229-9700
chext@hexmunn.com

ATTORNEYS FOR DEFENDANT
TEXAS ROADHOUSE, INC.

HERMES LAW, P.C.

*/s/ Morgan Wood*

Gina Viccinelli
Texas Bar No. 24013685
Morgan Wood
Texas Bar No. 24106598
1919 McKinney Avenue, Suite 100
Dallas, Texas 75201
Telephone: (214) 749-6511
Fax: (214) 749-6801
morgan@hermes-law.com
gina@hermes-law.com

ATTORNEYS FOR DEFENDANT
BUFFALO CONSTRUCTION, INC.